

# Fourth Court of Appeals
## San Antonio, Texas

August 31, 2021

No. 04-20-00600-CV

**IN THE MATTER OF THE GUARDIANSHIP OF CARLOS BENAVIDES, JR., AN INCAPACITATED PERSON,**

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2011PB6000081-L2-B
Honorable Hugo Martinez, Judge Presiding

# O R D E R

Sitting:  Rebeca C. Martinez, Chief Justice
     Irene Rios, Justice
     Lori I. Valenzuela

   Appellant's motion for extension of time to file a reply brief is GRANTED. Appellant's reply brief was filed on August 30, 2021.

   It is so **ORDERED** August 31, 2021.

**PER CURIAM**

ATTESTED TO: _____
       MICHAEL A. CRUZ,
       CLERK OF COURT